UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DANNY ROGERS | : | CIVIL ACTION NO. 2:18-cv-173 |
| VERSUS | : | JUDGE ROBERT G. JAMES |
| CB&I LLC | : | MAGISTRATE JUDGE KAY |

## J U D G M E N T

For the reasons stated in the Report and Recommendation [doc. 32] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** the motion to dismiss pursuant to Rules 37(d) and 41(b) of the Federal Rules of Civil Procedure [doc. 25] filed by defendant CB&I LLC be **GRANTED** and that all claims be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 21st day of May, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE